UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM EARL DUNCAN,
         Plaintiff,

vs.                                              Case No.:  3:21cv895/LAC/EMT

FLORIDA DEP'T OF LAW
ENFORCEMENT, et al.,
         Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on February 18, 2022 (ECF No. 23).  The court furnished the plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

Page  of  2

2.      Plaintiff's Complaint (ECF No. 1) is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 18th day of March, 2022.

_s/L.A. Collier_____

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**